**Arthur BABY etc.**

v.

**UNITED STATES of America.**

**Anna BABY**

v.

**UNITED STATES of America.**

**Harold ZEPELIN etc.**

v.

**UNITED STATES of America.**

**Lewis Martin JOHNSON**

v.

**UNITED STATES of America.**

Nos. 5027 to 5030.

United States Court of Appeals, Tenth Circuit.

Nov. 16, 1954.

George R. Andersen, San Francisco, Cal., and Charles D. Montfort, Denver, Colo., for appellants.

Donald E. Kelley, U. S. Atty., and Robert Swanson, Asst. U. S. Atty., Denver, Colo., for appellee.

Before PHILLIPS, Chief Judge, and BRATTON and PICKETT, Circuit Judges.

PER CURIAM.

Order denying motion for reduction of bail affirmed without written opinion.

**Samuel Joseph SENS, also Known as Jack Sens, Appellant,**

v.

**UNITED STATES of America.**

No. 15124.

United States Court of Appeals, Eighth Circuit.

Dec. 2, 1954.

Nathan M. Cohen, and Benjamin Nelson, Chicago, Ill., and Henry G. Morris, St. Louis, Mo., for appellant.

George E. MacKinnon, U. S. Atty., St. Paul, Minn., for appellee.

PER CURIAM.

Appeal from District Court dismissed, on motion of counsel for appellant. Defendant in District Court ordered to surrender.